Paul D. Stevens (Cal. Bar. No. 207107)
pstevens@stevenslc.com
Lauren A. Bochurberg (Cal. Bar. No. 333629)
lbochurberg@stevenslc.com
**STEVENS, LC**
1855 Industrial Street, Suite 518
Los Angeles, CA 90021
Tel: (213) 270-1211
Fax: (213) 270-1223

***Attorneys for Plaintiff and the Proposed Class***

[Additional counsel on next page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANETTE MCKEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BYOMA US, INC. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:26-CV-10142-HDV-MBK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(ii)]**<br><br>Judge Hernán D. Vera |

Willis M. Wagner (SBN 310900)
Tamara Wiesebron (SBN 338967)
**GREENBERG TRAURIG, LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Tel: (916) 442-1111
Facsimile: (916) 448 - 1709
Will.wagner@gtlaw.com
Tamara.wiesebron@gtlaw.com

***Attorneys for Defendant BYOMA US, Inc.***

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff NANETTE MCKEE and Defendant BYOMA US, INC., by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action shall be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: November 2, 2026

/s/ *Paul D. Stevens*
Paul D. Stevens
Lauren A. Bochurberg
STEVENS LC
***Attorneys for Plaintiff and the Proposed Classes***

Dated: November 2, 2026

/s/ *Tamara Wiesebron*
Willis M. Wagner
Tamara Wiesebron
GREENBERG TRAURIG LLP
***Attorneys for Defendant***

**ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: November 2, 2026

*/s/ Paul D. Stevens*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(ii)]** with the Clerk of the Court for the United States District Court for the Central District of California, by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 2, 2026, at Los Angeles, California.

*/s/ Paul D. Stevens*

Paul D. Stevens
Attorneys for Plaintiff